■ STEVEN G. COSTANTINI et al., Respondents, v JULIE A. BENEDETTO et al., Appellants.—Motion and cross motions for reargument granted, without costs, opinion dated July 23, 1992 rescinded and order entered thereon vacated.

Mikoll, J. P., Yesawich Jr., Crew III, Casey and Harvey, JJ., concur. [See, 181 AD2d 301, 190 AD2d 888.]